1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       matt.jaksa@hro.com
5

6  Attorneys for Plaintiffs,
   ELEKTRA ENTERTAINMENT GROUP
7  INC.; ZOMBA RECORDING LLC; BMG
   MUSIC; SONY BMG MUSIC
8  ENTERTAINMENT; CAPITOL
   RECORDS, INC.; and UMG
9  RECORDINGS, INC.

10

11                        UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA
12                             SAN FRANCISCO DIVISION

13

| 14 | ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ZOMBA RECORDING LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation, | CASE NO. C 07-04101 EDL |
|---|---|---|
| 15 | | Honorable Elizabeth D. Laporte |
| 16 | | |
| 17 | | ***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| 18 | | |
| 19 | | |
| 20 | Plaintiffs, | |
| 21 | v. | |
| 22 | | |
| 23 | JOHN DOE,  Defendant. | |

24
25
26
27
28

*EX PARTE* APPLICATION AND [PROPOSED] ORDER
Case No. C 07-04101 EDL
#35269 v1

1  Plaintiffs respectfully request that the Court continue the case management conference currently set for February 12, 2008, at 10:00 a.m. to May 13, 2008.  In support of their request, Plaintiffs state as follows:

    1.  Plaintiffs believe they have identified the Doe defendant in this case. However, a provisional settlement of this matter has been reached, and Plaintiffs have therefore not amended the complaint to name Defendant individually or served her with the Summons and Complaint.

    2.  Plaintiffs filed their Complaint for Copyright Infringement against Defendant John Doe ("Defendant") on August 9, 2007.

    3.  The initial case management conference is currently set for February 12, 2008, at 10:00 a.m.  The case management conference was continued once previously by the Court's Order of November 7, 2007.

    4.  In order to determine Defendant's true name and identity, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery on August 9, 2007, requesting that the Court enter an Order allowing Plaintiffs to serve a Rule 45 subpoena on Defendant's Internet Service Provider ("ISP").

    5.  The Court entered an Order for Leave to take Immediate Discovery on October 29, 2007, which was promptly served upon the ISP along with a Rule 45 subpoena.  On December 5, 2007, the ISP responded to Plaintiffs' subpoena, providing Plaintiffs with identifying information including Defendant's name, telephone number, and address.

    6.  After receipt of this information from the ISP, Plaintiffs sent a letter to Defendant notifying her of their claims and encouraging her to contact Plaintiffs and attempt to amicably resolve this matter.  In response to that notification, settlement discussions took place and Plaintiffs believe that a settlement has been reached.  Settlement documents were sent to Defendant's counsel on January 16, 2008.  The documents have not yet been returned signed by Defendant.

1

7. If Defendant returns the signed settlement documents by March 1, 2008 or shortly thereafter, Plaintiffs will file appropriate dispositional documents. If she does not, Plaintiffs plan to file a First Amended Complaint naming her individually as the defendant in this case, and then proceed to serve process upon her.

8. Given the circumstances of this case, a case management conference is not necessary at this time, and Plaintiffs respectfully request that the case management conference be continued to May 13, 2008.

9. Plaintiffs will provide Defendant with a copy of this request and any Order concerning this request when service of process occurs.

Dated: January 31, 2008                                HOLME ROBERTS & OWEN LLP

                                                       By: */s/ Matthew Franklin Jaksa*
                                                            MATTHEW FRANKLIN JAKSA
                                                            Attorney for Plaintiffs

---

2

*EX PARTE* APPLICATION AND [PROPOSED] ORDER
Case No. C 07-04101 EDL
#35269 v1

1 **ORDER**

2      Good cause having been shown:

3      **IT IS ORDERED** that the case management conference currently set for February 12, 2008,

4 at 10:00 a.m. be continued to May 13, 2008.  IT IS FURTHER ORDERED that the parties shall

5 notify the Court by March 14, 2008    as to whether this case has settled.

8 Dated:  February 1, 2008



                                                                                    Laporte
                                                                              te Judge
                                                         Judge Elizabeth D. Laporte

3

*EX PARTE* APPLICATION AND [PROPOSED] ORDER
Case No. C 07-04101 EDL
#35269 v1